IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK J. MANGAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-2462 |
| | : | |
| SEAN L. ROBBINS, et al. | : | |

## **ORDER**

AND NOW, this 7th day of February, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants Sean L. Robbins's and Steven and Judith Frei's Motions to Dismiss the Complaint (Documents 7 and 9) are GRANTED.  Plaintiff Patrick J. Mangan's Complaint (Document 1) is DISMISSED with prejudice as to all Defendants.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


    /s/ Juan R. Sánchez
Juan R. Sánchez, J.